# LEE LITIGATION GROUP, PLLC
148 W. 24TH STREET, 8TH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:      212-661-1008
anne@leelitigation.com

January 14, 2020

**Via ECF**
The Honorable Jesse M. Furman, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

         Re:    *Chen, et al. v. 520 Asian Restaurant Corp., et al.*
                  Case No. 19-cv-9521

Dear Judge Furman:

This firm represents Plaintiffs in the above-referenced matter. We write jointly with counsel for Defendants to respectfully request an adjournment of the initial pretrial conference currently scheduled for January 21, 2020 at 4:15 p.m.

On October 17, 2019, the Court referred this case to Magistrate Judge C. Freeman for settlement proceedings. Following the teleconference held with Magistrate Judge Freeman on December 6, 2019, the parties filed a joint letter motion, Dkt. 15, requesting an adjournment of the in-person settlement conference then scheduled for December 13, 2019. Magistrate Judge Freeman granted the letter motion on December 11, 2019, Dkt. 16, and adjourned the in-person settlement conference to January 30, 2020 at 2:00 p.m.

Given the parties' interest in resolving this case through settlement, the parties respectfully request an adjournment of the initial pretrial conference scheduled for January 21, 2020 to a date following the January 30, 2020 settlement conference.

This is the parties' first request to adjourn the initial pretrial conference.

We thank the Court for considering this matter.

Respectfully submitted,

*/s/ Anne Seelig*
Anne Seelig, Esq.

cc: all parties via ECF

Application GRANTED. The initial conference currently scheduled for January 21, 2020, is RESCHEDULED to **February 11, 2020, at 2:45 p.m**. The Clerk of Court is directed to terminate ECF No. 18. SO ORDERED.

January 16, 2020