# HERBERT LAW GROUP, LLC
ATTORNEYS & COUNSELLORS AT LAW
www.herbertlawllc.com

writer's email: jherbert@herbertlawllc.com

| | |
|---|---|
| 96 Engle Street | Office: (201) 490-4070 |
| Englewood, New Jersey 07631 | Facsimile: (201) 490-4077 |

February 7, 2020

**VIA ECF**
The Honorable Jesse M. Furman
United States District Court Judge
Southern District of New York
40 Centre Street
New York, NY 10007

   **Re:** Chan v. 520 Asian Restaurant Corp. d/b/a Chef Yu, et al
      Case No. 19-CV-9521 (JMF)

Dear Judge Furman:

This letter is to request that the Initial Pretrial Conference with Your Honor for Tuesday, February 11, 2020, be adjourned.

The parties are currently engaged in settlement negotiations before Magistrate Judge Debra Freeman. Moreover, Plaintiff's counsel and I have exchanged settlement proposals and believe given a few weeks of records review and further discussions, that we will be in a position to amicably resolve this matter without court intervention.

Your granting us additional time to see whether counsel can amicably resolve this matter would be very much appreciated. Thank you in advance for your consideration and hopefully your approval.

        Very truly yours,

        **HERBERT LAW GROUP, LLC**

        */s/John T. Herbert, Esq.*

Cc: Anne Seelig, Esq.

> To encourage the parties' settlement efforts, the initial pretrial conference currently scheduled for tomorrow is hereby RESCHEDULED to **March 10, 2020, at 3:00 p.m.** The Clerk of Court is directed to terminate ECF No. 25. SO ORDERED.
>
> *[signature]*
>
> February 10, 2020