UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
CHAN, ET AL.,

                     Plaintiffs,                      19-CV-9521 (JMF)

       -v-                                   ORDER

520 ASIAN RESTAURANT CORP D/B/A CHEF YU,
and TEO SU JIN,

                     Defendants.
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       As discussed on the record during the telephone conference held earlier today, Plaintiffs' motion for preliminary certification of a collective action, *see* ECF No. 35, is GRANTED in all respects but one, substantially for the reasons set forth in Plaintiffs' motion papers, *see* ECF Nos. 36, 41.  Specifically, the motion is granted, expect that the notice period will be limited to the three-year period prior to the filing of the Complaint.  By **June 5, 2020**, the parties shall meet and confer and submit a joint proposal (or separate, competing proposals if agreement cannot be reached) regarding notice procedures and the proposed notice and opt-in form.  The parties shall also notify the Court **by that same date** of any proposed modifications to the current schedule set forth in the Case Management Plan.  *See* ECF No. 34.

       Finally, by **June 5, 2020**, Defendants shall provide Plaintiffs with Defendants' initial disclosures and any other outstanding discovery requests identified in Plaintiffs' letter motion dated May 20, 2020.  *See* ECF No. 44.

       The Clerk of Court is directed to terminate ECF No. 35.

       SO ORDERED.

Dated: May 22, 2020
       New York, New York

                                                    JESSE M. FURMAN
                                          United States District Judge