# LEE LITIGATION GROUP, PLLC
148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:     212-465-1188
                     cklee@leelitigation.com

November 12, 2020

**Via ECF**
The Honorable John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/2020

Re:   *Chan, et al. v. 520 Asian Restaurant Corp., et al.*
      Case No. 19-cv-9521

Dear Judge Cronan:

    We are counsel to Plaintiffs in the above-captioned matter, and write jointly with Defendants' counsel to respectfully request an adjournment of all deadlines and conferences in this case in light of the Proposed Rule 68 Judgment filed by Plaintiffs on November 5, 2020, Dkt. 55, in resolution of this case.

    We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF

> Plaintiffs' request is GRANTED.  All deadlines and conferences are adjourned *sine die*.
>
> SO ORDERED.
>
> Date: November 12, 2020          JOHN P. CRONAN
>       New York, New York         United States District Judge