USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__11/18/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
                                                                         :
CHIW YIN CHAN and JIESHENG LIN,                                          :
                                                                         :
                        Plaintiffs,                                      :
                                                                         :              19-CV-9521 (JPC)
            -v-                                                          :
                                                                         :              ORDER
520 ASIAN RESTAURANT CORP. and TEO SU JIN,                               :
                                                                         :
                        Defendants.                                      :
                                                                         :
-------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        Pursuant to Federal Rule of Civil Procedure 68(a), the parties shall file proof of service of

Plaintiffs' acceptance of Defendants' Offer of Judgment within one week of the filing of this Order.

        SO ORDERED.

Dated:  November 18, 2020
        New York, New York                              _____
                                                                JOHN P. CRONAN
                                                            United States District Judge