UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHIW YIN CHAN and JIESHENG LIN,
*on behalf of themselves, FLSA Collective Plaintiffs and the Class,*

                Plaintiffs,

                v.

520 ASIAN RESTAURANT CORP.
      d/b/a Chef Yu
and TEO SU JIN,

                Defendants.

---

Case No.: 1:19-cv-09521

**[PROPOSED]**
**RULE 68 JUDGMENT**

      **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants 520 ASIAN RESTAURANT CORP. d/b/a Chef Yu and TEO SU JIN (collectively, "Defendants"), having offered to allow Plaintiffs CHIW YIN CHAN and JIESHENG LIN ("Plaintiffs") to take a judgment against them, jointly and severally, in the sum of Thirty Seven Thousand, Five Hundred Dollars and No Cent ($37,500.00), in accordance with the terms and conditions of the Defendants' Rule 68 Offer dated December 2, 2020 and filed as Exhibit A to Docket Number 63;

      **WHEREAS**, on December 3, 2020, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of Defendants' Offer of Judgement (Dkt. No. 63);

      It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiffs in accordance with the terms and conditions of Defendants' Rule 68 Offer dated December 2, 2020 and filed as Exhibit A to Docket Number 63. The Clerk is directed to close this case.

**SO ORDERED:**

Dated: _____, 2020      _____
New York, New York                          Judge John P. Cronan
                                                               United States District Judge